IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | West Sr, John | Case Number: 06 B 09600 |
|---|---|---|
| | West, Adrienne D | Judge: Hollis, Pamela S |
| | Printed: 10/2/07 | Filed: 8/8/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: August 20, 2007
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,808.00 |  |
| Secured: |  | 13,991.82 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 41.20 |
| Trustee Fee: |  | 774.98 |
| Other Funds: |  | 0.00 |
| Totals: | 14,808.00 | 14,808.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 41.20 | 41.20 |
| 2. | Toyota Motor Credit Corporatio | Secured | 37,334.62 | 5,950.10 |
| 3. | Sterling Inc | Secured | 2,253.83 | 567.21 |
| 4. | Wells Fargo Fin Acceptance | Secured | 41,850.77 | 7,474.51 |
| 5. | Cash Mart | Unsecured | 1,320.00 | 0.00 |
| 6. | Nancy R G Church | Unsecured | 36.97 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 336.02 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 407.97 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 406.55 | 0.00 |
| 10. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 11. | Sterling Inc | Unsecured | 102.73 | 0.00 |
| 12. | Midwest Anesthesiologists | Unsecured | 64.10 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 496.56 | 0.00 |
| 14. | HSBC Taxpayer Financial Services | Unsecured | 424.31 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 619.04 | 0.00 |
| 16. | AFNI | Unsecured | | No Claim Filed |
| 17. | Bank One | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Cash Mart | Unsecured | | No Claim Filed |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | Check N Go | Unsecured | | No Claim Filed |
| 22. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 23. | Dermatology Center | Unsecured | | No Claim Filed |
| 24. | Advocate Health Care | Unsecured | | No Claim Filed |
| 25. | Comcast | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** West Sr, John  
West, Adrienne D  
Printed: 10/2/07

Case Number: 06 B 09600  
Judge: Hollis, Pamela S  
Filed: 8/8/06

| # | Creditor | Type | | Status |
|---|---|---|---|---|
| 26. | East Side Plaza Dental | Unsecured | | No Claim Filed |
| 27. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 28. | Lee Joseph Moore DDS | Unsecured | | No Claim Filed |
| 29. | Goodyear | Unsecured | | No Claim Filed |
| 30. | Premier Bank | Unsecured | | No Claim Filed |
| 31. | Midwest Surgical Assoc. Ltd. | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 34. | Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 35. | Pay Day Loans | Unsecured | | No Claim Filed |
| 36. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 37. | Medical Collections | Unsecured | | No Claim Filed |
| 38. | South Park Dental | Unsecured | | No Claim Filed |
| | | | $ 85,694.67 | $ 14,033.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 197.18 |
| 5.4% | 577.80 |
| | $ 774.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*